UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL HENRI MARIE HARLEMAN,

          Petitioner,

   v.

WARDEN, FDC SEATAC,

          Respondent.

CASE NO. 2:24-cv-02176-TMC-GJL

ORDER RENOTING RETURN

This federal habeas action filed pursuant to 28 U.S.C. § 2241 has been referred to United States Magistrate Judge Grady J. Leupold. Currently pending before the Court are Respondent's Return (Dkt. 9) and Motion to Strike a new claim raised in Petitioner's response (Dkt. 14). The Court finds these matters should be considered together and **DIRECTS** the Clerk of Court to **RENOTE** Respondent's Return for consideration on **March 25, 2025**.[1]

Dated this 7th day of March, 2025.

Grady J. Leupold
United States Magistrate Judge

---

[1] The new noting date for the Return does not reflect an extension to the current briefing schedule, which remains as set forth in the Court's Order Directing Service and Return. Dkt. 4.

ORDER RENOTING RETURN - 1