UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PAUL HENRI MARIE HARLEMAN,<br><br>               Petitioner,<br><br>   v.<br><br>WARDEN, FDC SEATAC,<br><br>               Respondent. | CASE NO. 2:24-cv-02176-TMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is not yet ripe for adjudication and is therefore dismissed without prejudice.

(3)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 15th day of May, 2025.

_____
Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1